```
                              FILED
                          08 APR -2 PM 3:38

                          [SOUTHERN DISTRICT OF CA...]

                          BY: ECL           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1033 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | INDICTMENT |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute |
| FRANCISCO ZAMUDIO-NUNEZ, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about January 22, 2008, within the Southern District of California, defendant FRANCISCO ZAMUDIO-NUNEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 44.64 kilograms (98.21 pounds) of cocaine, and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.08 kilograms (17.78 pounds) of methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

WDK:fer:Imperial
3/27/08

<u>Count 2</u>

On or about January 22, 2008, within the Southern District of California, defendant FRANCISCO ZAMUDIO-NUNEZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 44.64 kilograms (98.21 pounds) of cocaine and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.08 kilograms (17.78 pounds) of methamphetamine, both Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney