FILED

08 APR -2 PM 3:39

BY: _EL_    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 1033 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| FRANCISCO ZAMUDIO-NUNEZ, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

     Please take notice that the above-entitled case is related to United States of America v. Francisco Zamudio-Nunez, Criminal Case No. 08CR0507-DMS.

     DATED: April 2, 2008.

                         KAREN P. HEWITT
                         United States Attorney

                         DOUGLAS KEEHN
                         Assistant U.S. Attorney