1  **TIMOTHY A. SCOTT**
   LAW OFFICES OF TIMOTHY A. SCOTT, APC
2  California Bar No. 215074
   1350 Columbia Street, Suite 600
3  San Diego, CA 92101
   619.794.0451
4  timscottlaw@cox.net

5  Attorneys for
   Mr. Zamudio-Nunez
6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    **(HONORABLE DANA M. SABRAW)**

10 _____

   UNITED STATES,                    )    Case No. 08cr1033-DMS
11                                    )
            Plaintiff                 )    JOINT MOTION AND STIPULATION
12                                    )    TO CONTINUE COURT DATE
                                      )
13                                    )
   v.                                 )
14                                    )
                                      )
15 Francisco Zamudio-Nunez            )
                                      )
16                                    )
                                      )
17          Defendant.                )
   _____ )
18

19      The United States, by and through AUSA Rebecca Kanter, and the defendant, by

20 and through counsel Timothy A. Scott, hereby stipulate and jointly move as follows:

21 1.     That the sentencing date shall be continued to September 19, 2008 at 9:00 a.m.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1   2.      That excludable time shall result in the interim.

2

3   So stipulated.

    DATE: August 20, 2008                        _s/ Timothy A. Scott_____
4                                                TIMOTHY A. SCOTT
                                                 Attorney for Mr. Zamudio-Nunez
5
    So stipulated.
6

7   DATE: August 20, 2008                        __s/ Rebecca Kanter_____
                                                 Rebecca Kanter
8                                                Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28