**TIMOTHY A. SCOTT**
LAW OFFICES OF TIMOTHY A. SCOTT, APC
California Bar No. 215074
1350 Columbia Street, Suite 600
San Diego, CA 92101
619.794.0451
timscottlaw@cox.net

Attorneys for
Mr. Zamudio-Nunez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE DANA M. SABRAW**)

_____
| UNITED STATES, | ) | Case No. 08cr1033-DMS |
|---|---|---|
| Plaintiff | ) | JOINT MOTION AND STIPULATION TO CONTINUE TRIAL DATE |
| v. | ) | |
| Francisco Zamudio-Nunez | ) | |
| Defendant. | ) | |

Upon joint motion of the government and defense, **IT IS ORDERED AS FOLLOWS:**

1. The present sentencing date shall be vacated and sentencing shall be continued to September 19, 2008 at 9:00 a.m.

2. Time shall be excludable in the interim under the Speedy Trial Act, as stipulated by the parties.

**SO ORDERED.**

DATED: August 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge